UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES R. GARY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 1:05-cv-1397-SEB-TAB |
| CAROLYN COLVIN, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections and none were filed. The District Judge, having considered the Magistrate Judge's Report and Recommendation, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, the Commissioner's decision is affirmed.

Date: 7/18/2014

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

James R. Gary
1697 Daniel Drive
Greenwood, IN 46143